*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

<table>
<tr><td>YOLANDA VALLADARES-DIAZ<br>Plaintiff</td><td>Case No. 3:26-cv-01130</td></tr>
<tr><td>VS.<br>THE WARDEN, RICHWOOD<br>CORRECTIONAL CENTER<br>Defendant</td><td>Judge Jerry Edwards, Jr.<br>Magistrate Judge David J. Ayo</td></tr>
</table>

**ORDER**

IT IS ORDERED that John Burt be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff in the above described action.

SO ORDERED on this, the __22nd__ day of __April__, 20__26__.

_____
U.S. Magistrate Judge